UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OSIEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>J. KARGE, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-00332-LJO-GSA PC<br><br>**ORDER VACATING ORDER GRANTING IN FORMA PAUPERIS STATUS AND DIRECTING USP-ATWATER TO COLLECT PARTIAL PAYMENTS UNTIL FILING FEE PAID IN FULL**<br><br>**(Doc. 4)** |

On March 17, 2008, the Court issued an order granting Plaintiff's motion for leave to proceed in forma pauperis, and directing USP-Atwater to send to the Court payments from Plaintiff's trust account until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2). Plaintiff is not housed at USP-Atwater and for that reason, the order filed on March 17, 2008, is HEREBY VACATED.

The Clerk of the Court is HEREBY DIRECTED to serve a copy of this order on the Warden of USP-Atwater, and on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated: **April 17, 2008**          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE