# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIEL RODRIGUEZ, | CASE NO. 1:08-cv-00332-LJO-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 9) |
| J. KARGE, et al., | |
| Defendants. | |
| _____/ | |

On June 10, 2008, Plaintiff Osiel Rodriguez filed a motion seeking leave of court to replace the declaration submitted at page 3 of Exhibit G to the complaint with another declaration.

In a separate order issued concurrently with this order, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state any claims. In light of the dismissal of Plaintiff's complaint, it is unnecessary to correct any exhibits and Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: __**September 29, 2008**__          _____ /s/ **Gary S. Austin**_____
                                              UNITED STATES MAGISTRATE JUDGE

1